PS 42
(Rev. 7/93)

# United States District Court
## District Of

United States of America )
)
vs. )
)
Saffiyah Abdullah ) **Case No.** CR07-124-07T

# CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Saffiyah Abdullah, have discussed with Charleen Tryhubczak, Pretrial Services/ Probation Officer, modifications of my release conditions as follows:

1. That the defendant participate in mental health treatment as directed by the Probation Office. The expense for this treatment will be incurred by the Probation Department.

I consent to this modification of my release conditions and agree to abide by this modification.

Signature of Defendant 11/05/07
Date

Pretrial Services/Probation Officer 11-5-07
Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

Signature of Defense Counsel

11-05-07
Date

☑ The above modification of conditions of release is ordered, to be effective on 11-5-07.

☐ The above modification of conditions of release is *not* ordered.

Signature of Judicial Officer

11-5-07
Date