UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CR No.: 07-124-07T |
| | ) | |
| SAFFIYAH ABDULLAH | ) | |

**DEFENDANT SAFFIYAH ABDULLAH'S OBJECTIONS TO THE PRESENTENCE INVESTIGATION REPORT**

I. BACKGROUND

On September 26, 2007, a federal grand jury in the District of Rhode Island returned the Indictment in the instant case. Count I of the Indictment charges the Defendant, Saffiyah Abdullah, and six other individuals with conspiracy to commit bank fraud, in violation of 18 U.S.C. § 1349. The Indictment also includes 25 counts of bank fraud, in violation of 18 U.S.C. §§ 1344 and 2. Ms. Abdullah is only charged in one of the substantive bank fraud counts, i.e., Count XXV. On October 2, 2007, Ms. Abdullah, was arrested by federal agents. On that same day, Ms. Abdullah appeared before United States Magistrate Judge David L. Martin for arraignment. Magistrate Judge Martin ordered Ms. Abdullah released on a $25,000 unsecured bond, with certain conditions of release. On December 13, 2007, pursuant to a written plea agreement, Ms. Abdullah pleaded guilty to the two counts in the Indictment in which she was charged, i.e., Counts I and XXV.

A Presentence Investigation Report ("PSR") was prepared by the United States Probation Office and made available to Ms. Abdullah and her counsel on February 25, 2008. In the PSR, Ms. Abdullah's Total Offense Level is computed to be 13. Her

Criminal History is computed to be Category II. Based upon the foregoing Total Offense Level and Criminal History Category, the applicable guidelines sentencing range is calculated to be 15 to 21 months. Ms. Abdullah is scheduled to be sentenced on April 1, 2008.

II. OBJECTIONS

In paragraph no. 33 of the PSR, Ms. Abdullah is assigned a criminal history category of II based upon a total of three criminal history points. The criminal history computation is comprised of 2 factors. First, Ms. Abdullah was assigned one criminal history point pursuant to U.S.S.G. § 4A1.1(c) for a "prior sentence" she received on a misdemeanor assault charge in the Sixth Division District Court, Providence, Rhode Island on May 29, 2007. (PSR ¶ 32). However, as is also noted in the same paragraph of the PSR, Ms. Abdullah appealed the District Court conviction to Providence County Superior Court, where the case is currently pending. Such an appeal results in a de novo trial of the charged offense. The appeal also invalidates, or negates, the conviction and sentence from the State District Court. As such, the State District Court case does not constitute a conviction or prior sentence for purposes of the Sentencing Guidelines. Accordingly, the inclusion of one criminal history point in Ms. Abdullah's criminal history computation for the May 29, 2007 Sixth Division District Court case is erroneous.

The second component of Ms. Abdullah's criminal history computation is set forth in paragraph no. 33 of the PSR. Specifically, Ms. Abdullah is assigned two criminal history points for purportedly being on probation at the time of the instant offense. (PSR ¶ 33). However, the probationary term that is referred to in the PSR is the one imposed in the same Sixth Division District Court case that was appealed to the

Providence County Superior Court. Inasmuch as the case was appealed de novo, the sentence ordered by the Sixth Division District Court never took effect. As such, Ms. Abdullah was not on probation at the time of the instant offense. Accordingly, the inclusion of two criminal history points pursuant to U.S.S.G. § 4A1.1(d) is erroneous.

## III. CONCLUSION

In consideration of the foregoing, the Defendant, Saffiyah Abdullah, respectfully requests that the Court sustain her Objections to the Presentence Report and rule that her criminal history points total is zero and that her criminal history category is I, resulting in an applicable sentencing guideline range of 12 – 18 months imprisonment.

Respectfully submitted this 7th day of March, 2008.

SAFFIYAH ABDULLAH
By her Attorneys,

/s/ Charles A. Tamuleviz

Charles A. Tamuleviz Bar No. 6115
Tamuleviz, Hultquist, & Bianchi, LLP
144 Westminster Street, Suite 302
Providence, Rhode Island 02903
Telephone: 401.490.2939
Facsimile: 401.490.2940
E-mail: cat@thbrilaw.com

## CERTIFICATION OF SERVICE

On this 7th day of March 2008, I caused the Defendant's Objections To The Presentence Investigation Report to be filed electronically and it is available for viewing and downloading from the ECF system.

Electronic Notification:

Sandra R. Beckner
Assistant U.S. Attorney
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903

/s/ Charles A. Tamuleviz
Charles A. Tamuleviz, Esquire
Tamuleviz, Hultquist, & Bianchi, LLP
144 Westminster Street, Suite 302
Providence, Rhode Island 02903
Telephone: 401.490.2939
Facsimile: 401.490.2940
E-mail: cat@thbrilaw.com