IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CR-07-124-07T |
| | : | |
| SAFFIYAH ABDULLAH | : | |

GOVERNMENT'S SENTENCING MEMORANDUM

The government recommends a sentence at the low end of the guideline range. In considering its sentencing recommendation, the government looks to the nature of the offense, the defendant’s role in the offense, the need for the sentence imposed, and the defendant’s conduct since her arrest on October 2, 2007.

This case involved a conspiracy to commit bank fraud in the amount of $85,429, all of which was attributable to the defendant, Saffiyah Abdullah, as relevant conduct. As a result of the check cashing scheme, the victim bank’s loss exceeded $69,000.

Abdullah had an important role in the conspiracy. She introduced Karen Lynch into the scheme, convincing Lynch that cashing fraudulent checks was a way to make some “quick cash.” She also negotiated a $9,500 check herself, although the check did not clear. Abdullah gave Perras a place to stay and allowed him to use her computer to make the counterfeit checks, but according to her statement, she did not consider this to be a “big deal.” Evidence of the check cashing scheme was recovered from her computer. Additionally, Secret Service seized $325,000

worth of checks from Perras's room in Abdullah's residence.

Since her arrest in this matter, Abdullah has continued to engage in criminal misconduct. Her inability to comply with conditions of pretrial release demonstrates that she does not appreciate the gravity of the situation. At the time of her arrest, Abdullah's urine screen was positive and while on pretrial release for this felony offense, Abdullah has continued to use illegal narcotics. She has had several positive urine screens for marihuana. Abdullah also missed scheduled meetings and counseling sessions. She has failed to maintain stable employment as well. Based upon her involvement in this case and her conduct since her arrest, Abdullah has shown a lack of rehabilitative potential and the need for a sentence of imprisonment that will deter any future misconduct.

Respectfully submitted,

UNITED STATES OF AMERICA

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ SANDRA R. BECKNER
SANDRA R. BECKNER
Assistant U. S. Attorney
NY Bar
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
sandra.beckner@usdoj.gov

CERTIFICATE OF SERVICE

On March 14, 2008, I caused the within "Government's Sentencing Memorandum" to be filed electronically and it is available for viewing and downloading from the ECF system.

Electronic notification:

Mr. Charles A. Tamuleviz, Esq.
144 Westminster Street - Suite 302
Providence, Rhode Island 02903

United States Probation Office
2 Exchange Terrace - 2nd FL
Providence, RI 02903

/s/ SANDRA R. BECKNER
SANDRA R. BECKNER
Assistant U. S. Attorney
NY Bar
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
sandra.beckner@usdoj